UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
SONIA ECHEVARRIA  
EDGARDO R ECHEVARRIA  
Debtor(s)

Case No. 08-32941

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/02/2008.

2) The plan was confirmed on 02/20/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/17/2009.

5) The case was dismissed on 11/20/2009.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $40,922.23.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,908.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $12,908.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $689.65 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $689.65

Attorney fees paid and disclosed by debtor:    $1,834.36

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCELERATED REHABILITATION CT | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| ACCURATE ENDODONTICS | Unsecured | 38.20 | NA | NA | 0.00 | 0.00 |
| ACL SERVICES INC | Unsecured | 12.12 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 936.18 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Unsecured | 152.58 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 1,233.64 | 1,233.64 | 1,233.64 | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 705.01 | 1,151.88 | 1,151.88 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL | Secured | 1,075.00 | 1,075.00 | 1,075.00 | 76.47 | 0.00 |
| AMERICREDIT FINANCIAL | Unsecured | NA | 1,378.16 | 1,378.16 | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 774.93 | 764.38 | 764.38 | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 589.91 | 653.14 | 653.14 | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 666.38 | 657.30 | 657.30 | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 209.21 | NA | NA | 0.00 | 0.00 |
| AZTECA FENCES | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 659.50 | 671.21 | 671.21 | 0.00 | 0.00 |
| CITIBANK | Unsecured | 268.44 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVNUE | Unsecured | 2,120.00 | 3,560.00 | 3,560.00 | 0.00 | 0.00 |
| CONSOLIDATED PATHOLOGY | Unsecured | 11.35 | NA | NA | 0.00 | 0.00 |
| COUNTRYWIDE FINANCIAL | Secured | 12,404.00 | 10,807.82 | 10,807.82 | 0.00 | 0.00 |
| COUNTRYWIDE FINANCIAL | Secured | NA | 0.00 | 0.00 | 11,613.28 | 0.00 |
| DOT ENDOCRINE CENTER | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 643.92 | 1,247.16 | 1,247.16 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 1,099.69 | 1,099.69 | 0.00 | 0.00 |
| ELITE RECOVERY SRVS | Unsecured | 865.19 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 279.10 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT COLL | Unsecured | 163.82 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 791.46 | NA | NA | 0.00 | 0.00 |
| GEVALIA KAFFE | Unsecured | 32.15 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 1,203.00 | 1,203.00 | 1,203.00 | 0.00 | 0.00 |
| LAKE FOREST EMERGENCY PHYS | Unsecured | 34.47 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 360.67 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MALCOLM S GERALD | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| MEA ELK GROVE | Unsecured | 822.00 | NA | NA | 0.00 | 0.00 |
| MIDWAY EMERGENCY PHYSICIANS | Unsecured | 65.40 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAG PATHOLOGISTS | Unsecured | 39.60 | NA | NA | 0.00 | 0.00 |
| ML MEDICAL BILLING | Unsecured | 20.73 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Unsecured | 258.70 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,163.20 | NA | NA | 0.00 | 0.00 |
| NORTH CHICAGO FIRE DEPT | Unsecured | 657.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE SANITARY DISTRICT | Unsecured | 113.57 | 113.57 | 113.57 | 0.00 | 0.00 |
| NORTHEAST RADIOLOGY | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| ORION ANESTHESIA ASSOC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| OVERLAND BOND & INVESTMENT C | Unsecured | 655.68 | 749.19 | 749.19 | 528.60 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 621.74 | 614.33 | 614.33 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 404.94 | 404.94 | 404.94 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 346.82 | 346.82 | 346.82 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 436.98 | 436.98 | 436.98 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 820.65 | 924.13 | 924.13 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 495.64 | 521.24 | 521.24 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 725.86 | 607.37 | 607.37 | 0.00 | 0.00 |
| SBC | Unsecured | NA | 259.85 | 259.85 | 0.00 | 0.00 |
| SIGMA HEALTH | Unsecured | 399.64 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 566.93 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,948.00 | 2,538.56 | 2,538.56 | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 300.23 | 35.11 | 35.11 | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | NA | 100.38 | 100.38 | 0.00 | 0.00 |
| US DEPT HUD | Unsecured | NA | 9,829.76 | 9,829.76 | 0.00 | 0.00 |
| VICTORY MEMORIAL HOSPITAL | Unsecured | 2,762.12 | NA | NA | 0.00 | 0.00 |
| VISTA IMAGING ASSOC | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 235.02 | 235.02 | 235.02 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $11,613.28 | $0.00 |
| Mortgage Arrearage | $10,807.82 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,075.00 | $76.47 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,882.82** | **$11,689.75** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$31,336.81** | **$528.60** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $689.65 |
| Disbursements to Creditors | $12,218.35 |
| **TOTAL DISBURSEMENTS** : | **$12,908.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/08/2010          By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**